ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; [SEE ATTACHED CAPTION]<br><br>V.<br><br>NETVERSANT-NORTHERN CALIFORNIA, INC., a California Corporation | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08   1025  PJH |

TO: (Name and address of defendant)

NETVERSANT-NORTHERN CALIFORNIA, INC. c/o its Agent for Service of Process
Capitol Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. 415.677.9440
Fax 415.677.9445
Email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]

(BY) DEPUTY CLERK

DATE  FEB 2 0 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

| STATEMENT OF SERVICE FEES |
|---|
| TRAVEL     SERVICES     TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN; NORTHERN
CALIFORNIA-NORTHERN NEVADA
SOUND & COMMUNICATION DISTRICT
No. 9 HEALTH & WELFARE TRUST FUND;
NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND & COMMUNICATION
DISTRICT No. 9 APPRENTICESHIP &
TRAINING COMMITTEE; JOHN
O'ROURKE, as Trustee of the above,

       Plaintiffs,

v.

NETVERSANT - NORTHERN
CALIFORNIA, INC., a California Corporation,

       Defendants.