ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; [SEE ATTACHED CAPTION] | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: **PJH** |
| NETVERSANT-NORTHERN CALIFORNIA, INC., a California Corporation | CV 08  1025 |

TO: (Name and address of defendant)

NETVERSANT-NORTHERN CALIFORNIA, INC.
47811 Warm Springs Blvd.
Fremont, CA 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel.  415.677.9440
Fax  415.677.9445
Email:  sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*(signature)*
(BY) DEPUTY CLERK

FEB 2 0 2008
DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

Name of SERVER

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 *Date*                                           *Signature of Server*

                                                      _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN; NORTHERN
CALIFORNIA-NORTHERN NEVADA
SOUND & COMMUNICATION DISTRICT
No. 9 HEALTH & WELFARE TRUST FUND;
NORTHERN CALIFORNIA-NORTHERN
NEVADA SOUND & COMMUNICATION
DISTRICT No. 9 APPRENTICESHIP &
TRAINING COMMITTEE; JOHN
O'ROURKE, as Trustee of the above,

       Plaintiffs,

v.

NETVERSANT - NORTHERN
CALIFORNIA, INC., a California Corporation,

       Defendants.

_____

| Attorney or Party without Attorney: <br> Neyhart, Anderson, Flynn & Grosboll <br> 44 Montgomery Street, Suite 2080 <br> San Francisco, CA 94104 <br> Telephone No: 415-677-9440   FAX No: 415-677-9445 <br> Attorney for: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* International Brotherhood Of Electrical Workers District 9 Pension Plan, Et Al.
*Defendant:* Netversant-Northern California, Inc., a California Corporation

| **PROOF OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV081025PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Welcome to the U.S. District Court Information Sheets; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3. a. Party served:    Netversant-Northern California, Inc., a California Corporation
   b. Person served:   Arlene Gilbert, Operating Coordnator/Person Authorized to Accept Service of Process on Behalf of the Defendant, White, Female, 39 Years Old, Blond Hair, 5 Feet 6 Inches, 145 Pounds

4. Address where the party was served:   Netversant-Northern California, Inc.
   47811 Warm Srpings Blvd.
   Fremont, CA 94539

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 04, 2008 (2) at: 10:58AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Daniel D. Burke, Sr.                                          d. *The Fee for Service was:* $60.00
   b. **D & R Legal Process Service, L.L.C.**                        e. I am: (3) registered California process server
      39159 Paseo Padre Parkway, Registration # 555                     (i) Independent Contractor
      Suite #112                                                        (ii) Registration No.:   425
      Fremont, CA 94538                                                 (iii) County:            Alameda
   c. (877) 797-9996, FAX (510) 797-9998                                (iv) Expiration Date:    Fri, Nov. 27, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 10, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons and Complaint

(Daniel D. Burke, Sr.)

naf&g.14451