Richard K. Grosboll, State Bar No. 099729
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email: rgrosboll@neyhartlaw.com
          sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NOTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>Plaintiffs,<br>v.<br><br>NETVERSANT-NORTHERN CALIFORNIA, INC., a California Corporation,<br><br>Defendant. | Case No.  C-08-01025 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Hearing Date:**<br>**Time:**<br>**Courtroom:**   3<br>**Location:**       17th Floor,<br>                         450 Golden Gate Ave.<br>                         San Francisco, CA 94102<br>**Judge:**            Hon. Phyllis J. Hamilton |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action against all parties without prejudice.

Dated: March 12, 2008

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

## PROOF OF SERVICE BY MAIL

I, the undersigned, delcare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104-6702. On March /2, 2008, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

On the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Netversant-Northern California, Inc.
47811 Warm Springs Blvd.
Fremont, CA 94539

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March /2, 2008, at San Francisco, California.

Scott M. De Nardo